UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. **STAFFORD A. HILAIRE,**
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS, and
34. ODIE WEBSTER, III,

        Defendants.

## JUDGMENT OF ACQUITTAL ON ALL COUNTS
## AGAINST STAFFORD HILAIRE

Pursuant to the jury's verdict dated December 1, 2006, and pursuant to the Court's ruling on Defendant Stafford A. Hilaire's motion for a judgment of acquittal under Fed. R. Crim. P. 29,

**IT IS THE JUDGMENT OF THE COURT** that Defendant Stafford A. Hilaire is **ACQUITTED** on all Counts against him.

**IT IS FURTHER ORDERED** that his bond is exonerated.

Dated this 6th day of March, 2007

          **BY THE COURT:**

          */s/ Marcia S. Krieger*

          Marcia S. Krieger
          United States District Judge